**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**BILLY SWAIN,**
    Petitioner,

vs.                              Case No. 5:07cv96/RS/MD

**JAMES MCDONOUGH,**
    Respondent.

---

**O R D E R**

This cause is before the court upon petitioner filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1). Petitioner is currently incarcerated at Bay Correctional Facility in Panama City, Florida (*id.*). He challenges his August 8, 2003 conviction and sentence for sale of cocaine. The court which entered the judgment of conviction under attack is the Circuit Court of Duval County, Florida. Pursuant to 28 U.S.C. § 2241(d), the court considers it to be in the interest of justice to transfer this case to the United States District Court for the Middle District of Florida, which is the district within which the state court was held which convicted and sentenced petitioner.

Accordingly, it is therefore ORDERED:

The clerk shall transfer this case to the United States District Court for the Middle District of Florida.

DONE AND ORDERED this 15th day of May, 2007.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**